UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Benito ALVAREZ, also known as Benito Alvarez, also known as Benito Iraheta–Alvarez, also known as Benito Iraheta Alvarez, Defendant–Appellant.

United States of America,
Plaintiff–Appellee

v.

Benito Iraheta–Alvarez, Defendant–
Appellant.

Nos. 12–20521, 12–40819
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Benito Iraheta–Alvarez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Iraheta–Alvarez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Iraheta–Alvarez's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.